2002–1799.  Bethesda Healthcare, Inc. v. Zaino.
Board of Tax Appeals, No. 00–J–1591.

[Cite as *11/20/2002 Case Announcements*, 2002-Ohio-6248.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*November 20, 2002*

## MERIT DECISIONS WITHOUT OPINIONS

2002–1194.  Cincinnati Community Kollel v. Zaino.
Board of Tax Appeals, No. 99–P–1578. Sua sponte, cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

2002–1198.  Cincinnati Community Kollel v. Zaino.
Board of Tax Appeals, No. 99–P–1579. Sua sponte, cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

2002–1328.  State ex rel. Proctor v. Kilbane–Koch.
In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
  MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.
  DOUGLAS, J., dissents and would grant an alternative writ.

2002–1469.  State ex rel. Mosley v. Crawford.
In Mandamus and Prohibition. On motion for certification of respondent class and maintenance as respondent class action, motion for stay of proceedings pending before the Franklin County Court of Common Pleas, and motion to dismiss. Motion to dismiss sustained. Cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

2002–1533.  Swagelok Co. v. Young.
Cuyahoga App. No. 78976, 2002-Ohio-3416. On review of order certifying a conflict. The court determines that there is no conflict. This cause is therefore dismissed.
  MOYER, C.J., RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.
  DOUGLAS and PFEIFER, JJ., dissent.

2002–1622.  State ex rel. Brown v. Suster.
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

2002–1628.  Topp v. Martin.
In Quo Warranto. On motion to dismiss of John M. Gatrell, answer of respondents Donald Burns, Janet Unkefer, Robert Wirkner, and William Wohlwend, motion to dismiss with prejudice all claims against Judge William J. Martin, motion for award of attorney fees and expenses pursuant to Civ.R. 11, motion to dismiss of John S. Campbell, motion for sanctions for frivolous action of John S. Campbell, motion to dismiss of Gary L. Willen, motion for sanctions for frivolous action of Gary L. Willen, motion to dismiss of Daniel P. Bibler, and motion for sanctions for frivolous action of Daniel P. Bibler. Motions to dismiss sustained. Cause dismissed and attorney fees and expenses awarded.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

2002–1651.  State ex rel. Green v. Ohio Adult Parole Auth.
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

2002–1652.  State ex rel. Brown v. Corrigan.
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.